IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SHEYLA F. RODRIGUEZ, et. al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-06-1069 |
| | § | |
| AMERICAN EUROCOPTER CORPORATION, et. al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Plaintiffs Sheyla Rodriguez et. al.'s Motion for New Trial (Instrument No. 41). Having considered the motion, submissions, and applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

ORDERS that Plaintiffs Sheyla Rodriguez et. al.'s Motion for New Trial (Instrument No. 41) is DENIED.

SIGNED at Houston, Texas, on this 3 day of August, 2006.

DAVID HITTNER
United States District Judge