IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SHEYLA F. RODRIGUEZ, et. al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-06-1069 |
| | § | |
| AMERICAN EUROCOPTER CORPORATION, et. al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

As the Court has granted Defendants Eagle Jets, LLC, Timothy Jones and Atlanta Jet, Inc.'s Motions to Dismiss, the Court hereby

ORDERS that final judgment be entered. Plaintiffs' claims against Defendants are DISMISSED without prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 3rd day of August, 2006.

_____
DAVID HITTNER
United States District Judge